IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HILL, | 1:08-cv-00092-OWW-WMW-(HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| JAMES E. TILTON, | (DOCUMENT #12) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 28, 2008, petitioner filed a motion to extend time to file Traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his Traverse.

IT IS SO ORDERED.

**Dated:   July 30, 2008**              /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE